# LUIBRAND LAW FIRM, PLLC
## 950 NEW LOUDON ROAD, SUITE 270
## LATHAM, NEW YORK 12110

Kevin A. Luibrand
Ashlynn R. Savarese, Esq.

Phone: (518) 783-1100
Fax: (518) 783-1901
*Service by Fax is not accepted*

Paralegal:
Janet L. Murray
Emily Hart

June 8, 2021

Honorable Mae A. D'Agostino, U.S.D.C.J.
United States District Court - Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:   United States v. Carlos Alberto Ocampo Garcia, et al.
      Case No. 16-cr-00073

Dear Judge D'Agostino:

Our office represents Mr. O'Campo Garcia in connection with this matter, which is now scheduled for sentencing on July 6, 2021. Mr. O'Campo Garcia is a co-defendant with a number of other defendants, some of which have been charged, plead guilty and were recently sentenced, and one has been indicted but remains a fugitive from justice. I have had discussions with Assistant United States Attorney Daniel Hanlon who is prosecuting the cases, and we have mutually agreed to an extension of the time of the sentencing date for Mr. O'Campo Garcia. We would ask if the Court would adjourn the sentencing for an additional sixty (60) days.

Thank you for your consideration.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

Kevin A. Luibrand, Esq.

KAL:jlm

cc:   Daniel Hanlon, A.U.S.A.

Website:   LuibrandLaw.com